UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-1866-DMG (MRWx) | Date | July 9, 2018 |
| Title | *Manoucher Bibiyan v. Marjan Television Network, Ltd., et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER GRANTING DEFENDANT'S MOTION TO DISMISS [15]**

On June 29, 2018, Defendant Marjan Television Network, Ltd. filed a motion to dismiss Plaintiff Manoucher Bibiyan's Complaint, which is scheduled for a hearing on July 27, 2018. [Doc. # 15.] Plaintiff has not filed an opposition to the motion, and the deadline for doing so has passed. *See* C.D. Cal. L.R. 7-9 (providing that an opposition must be filed no later than 21 days before the hearing on the motion). Accordingly, the Court **GRANTS** Defendant's motion and **VACATES** the July 27, 2018 hearing. *See Oakley, Inc. v. Nike, Inc.*, 988 F. Supp. 2d 1130, 1139 (C.D. Cal. 2013) (citing C.D. Cal. L.R. 7-12) ("[T]he Local Rules permit the Court [to] deem failure to oppose as consent to the granting of the motion.").

Plaintiff shall file an amended pleading, or inform Defendant and the Court of his intention not to do so, **within fifteen (15) days** of the date of this Order. **Failure to timely comply with this Order will result in the dismissal of this action for failure to prosecute.** Defendant shall file its response within 15 days after the filing of a first amended complaint.

**IT IS SO ORDERED.**